

# Missouri Court of Appeals
## Southern District

**NOVEMBER 12, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33959

     Re:    IN THE INTEREST OF:
              W.D.P. III, a Minor,
              M.M.D.,
              Appellant,
              vs.
              GREENE COUNTY JUVENILE OFFICE,
              Respondent.